

RECEIVED

OCT 1 6 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

OCT 2S 2006

SHEMWELL, CLERK

DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| MAXINE READY | * | NUMBER: 6:05cv1744 |
| VERSUS | * | JUDGE DOHERTY |
| LOWE'S COMPANIES, INC. and WGT CONSTRUCTION, INC. | * | MAG. JUDGE HILL |
| | * | JURY TRIAL - CIVIL ACTION |

*********************************************************************

## JUDGMENT OF DISMISSAL

**ON JOINT MOTION** of plaintiff, Maxine Ready, and defendant, Lowe's Home Centers, Inc. and WGT Construction, Inc., appearing herein through undersigned counsel of record, and on suggesting to the court that all claims and demands of plaintiffs against all defendants have been settled and compromised to the full satisfaction of the parties, and that the parties desire that all claims and demands of plaintiffs in this suit should be dismissed with prejudice as to the rights of plaintiffs; with the defendants to be responsible for clerk of court costs, it is:

**ORDERED** that all claims and demands of Plaintiff, Maxine Ready, be and the same are hereby dismissed, with full prejudice with the defendants to be responsible for clerk of court costs.

THUS DONE AND SIGNED at Lafayette, Louisiana, this _16_ day of _October_, 2006.

_____
JUDGE DOHERTY
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Taylor, Wellons, Politz & Duhe, APLC

_____
Mr. Paul J. Politz (No. 19741)
Mr. Scott Cowart (No. 21538)
7924 Wrenwood Boulevard, Suite C
Baton Rouge, LA 70809
(225) 387-9888
Fax: (225) 387-9886
ATTORNEYS FOR DEFENDANT,
Lowe's Home Centers, Inc.

_____
Brad Thomas Andrus (No. 26785)
219 West Brentwood Boulevard
Lafayette, LA 70506
(337) 988-2100
Fax (337) 988-0003
ATTORNEY FOR PLAINTIFF,
Maxine Ready

McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel

_____
Michael R. Sistrunk, T.A. (No. 12111)
Kyle P. Kirsch (No. 26363)
3445 N. Causeway Blvd., Suite 800
Metairie, LA 70002
(504) 831-0946
Fax: (504) 831-2492